# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELA PEOPLES, individually    :
and on behalf of a class of all persons    :    **Case No. 2:26-cv-4831**
and entities similarly situated,    :
   :
      **Plaintiffs,**    :
   :
   **v.**    :
   :
MONARCH RECOVERY    :
MANAGEMENT, INC.,    :
   :
      **Defendant.**    :
   :

## NOTICE OF APPEARANCE

Kindly enter the appearance of Brit J. Suttell on behalf of defendant Monarch

Recovery Management, Inc.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By:    /s/ *Brit J. Suttell*
      BRIT J. SUTTELL, ESQUIRE
      PA I.D. No. 204140
      1455 NW Leary Way, Suite 400
      Seattle, WA  98107
      (484) 999-4232
      britjsuttell@bn-lawyers.com
      Counsel for Defendant

Dated:  July 22, 2026

## CERTIFICATE OF SERVICE

I certify that on July 22, 2026, a true copy of the foregoing document was served on all counsel of record *via* CM/ECF.

**BARRON & NEWBURGER, P.C.**

By:   /s/ Brit J. Suttell
      BRIT J. SUTTELL, ESQUIRE
      PA I.D. No. 204140
      britjsuttell@bn-lawyers.com
      Counsel for Defendant Monarch Recovery
      Management, Inc.