# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELA PEOPLES, individually and on behalf of all persons and entities similarly situated,

     Plaintiff(s),

  v.

MONARCH RECOVERY MANAGEMENT, INC.,

     Defendant.

:   Case No.: 2:26-cv-04831
:
:
:
:
:
:
:
:
:
:
:
:

## DISCLOSURE STATEMENT FORM FOR DEFENDANT MONARCH RECOVERY MANAGEMENT, INC.

Please check one box:

☒ The nongovernmental corporate party, <u>Monarch Recovery Management, Inc.</u>, is owned by <u>Monarch Recovery Holdings, Inc.</u> in the above-listed civil action.  Monarch Recovery Holdings, Inc. does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, is a foreign corporation, in the above-listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

1

Respectfully submitted,
**BARRON & NEWBURGER, P.C.**

By:   /s/ Brit J. Suttell
BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140
1455 NW Leary Way, Suite 400
Seattle, WA  98107
britjsuttell@bn-lawyers.com
Counsel for Defendant Monarch Recovery Management, Inc.

Dated:  July 22, 2026

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 22, 2026, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By:   /s/ Brit J. Suttell
BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140
Counsel for Defendant Monarch Recovery Management, Inc.

Dated:  July 22, 2026